David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

CRAIG W. VISSER
PHYLLIS D. VISSER,
Debtor(s)

Bankruptcy No. 09-33298
(Chapter 7)
Judge Joel T. Marker

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

✔ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 206 | Intermountain Healthcare<br>PO Box 27808<br>Salt Lake City, UT 84127-0808 | $54.78 |

A check in the amount of $54.78 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ____ day of August, 2011

DAVID L. MILLER
Chapter 7 Trustee